149 A.3d 290

STATE OF NEW JERSEY, PLAINTIFF, v. KARLTON L. BAILEY (A/K/A CARLTON L. BAILEY), DEFENDANT-PETITIONER.

August 3, 2016—Filed August 4, 2016

ORDER

It is ORDERED that the motion for reconsideration of the Court's Order denying the petition for certification (C-849-15) is granted; and it is further

ORDERED that the petition for certification Of the Appellate Division judgment in A-002298-13 is granted.

149 A.3d 290

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. SHAWN E. PARROTT (A/K/A FRANCISCO PARROTT ), DEFENDANT-PETITIONER.

FILED August 05, 2016

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-001612-12 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.